UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL F. LANGROCK,<br><br>Petitioner,<br><br>v.<br><br>GEOFF DEAN, Ventura County Sheriff,<br><br>Respondent. | Case No. CV 16-06619 BRO (RAO)<br><br>JUDGMENT |

Pursuant to the Memorandum and Order Regarding Summary Dismissal of Habeas Corpus Petition,

IT IS ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing § 2254 Cases in the United States District Courts.

IT IS SO ORDERED.

DATED: September 14, 2016

_____

HON. BEVERLY REID O'CONNELL
United States District Judge